FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 MAY 14  PM 1: 44

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
        Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| **NICHOLAS BRIAN GORDON** | **Bankruptcy No. 08-20705** |
| **LAURIE M. GORDON,** | **(Chapter 7)** |
| **Debtor(s)** | Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor

represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | First National Bank of Layton<br>Attn: Tauna<br>PO Box 248<br>Layton, UT 884041 | $2.10 |
| | First National Bank of Layton<br>Attn: Tauna<br>PO Box 248<br>Layton, UT 884041 | $4.86 |





A check in the amount of $6.96 representing said funds is payable to the United States

Bankruptcy Court, and is attached hereto.

DATED this 12 day of May, 2010

DAVID L. MILLER
Chapter 7 Trustee

```
        UNITED STATES
   U.S. Bankruptcy Cour
        District of Utah

    #  00263855  -  BH

       May 14, 2010


   Code   Case #    Qty      Amoun
 t

 <OR=$25  08-20705             6.
 96 CK
   Debtor -  GORDON


   TOTAL→            6.96


FROM: DAVID L. MILLER
      CK 220
```



David L. Miller, Trustee
PO Box 9
Farmington UT 84025-0009

Case #: 08-20705-GEC
Case: GORDON, NICHOLAS BRIAN AND GORDON,
LAURIE M.  Debtor(s).

**STERLING BANK**
2550 North Loop West 6th Floor
Houston, TX - 77092

PAY:    SIX AND 96 / 100

VOID AFTER 90 DAYS    DATE: 05/10/2010    CHECK NO:

TO THE
ORDER
OF:

Clerk, US Bankruptcy Court

263855

Trustee

220

$6.96

Small Dividends

⑈"00000 2 20⑈" ⑆:⑆⑆ 300 5 5 4 9⑆: ⑈"7 ⑆7 70B0 70 5⑈"

⊞D Details on back.